UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JAMAL JOHNSON and TARIK JOHNSON,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

----------------------------------------------------------X

No. 12 Civ. 0873 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' letter dated December 13, 2012 informing the Court that, pursuant to the Southern District of New York's "Plan for Certain § 1983 Cases Against the City of New York," a mediation session was scheduled for December 17, 2012. It is hereby:

ORDERED that the initial pretrial conference previously scheduled for November 2, 2012 is rescheduled for February 15, 2013 at 3:30 p.m. A joint status letter and case management plan required by the Court's July 31, 2012 Order shall be submitted by February 8, 2013. If the parties reach a resolution of this matter before then, the parties shall immediately notify the Court.

SO ORDERED.

Dated:     December 19, 2012
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge