UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Jamal Johnson and Tarik Johnson,

                                 Plaintiffs,

          -against-

City of New York, et al.,

                                Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 0873 (RA)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Leventhal & Klein, LLP
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, New York 11201
718-722-4100

By: _____
    Brett Klein
    *Attorney for Plaintiffs*

Dated: New York, New York
            _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Veloz and Martinez*
100 Church Street, Rm. 3-310
New York, New York 10007

By: _____
    Melissa Wachs
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE